# IN THE SUPREME COURT OF THE STATE OF NEVADA

MGM GRAND HOTEL, LLC,
Petitioner,

vs.

THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
MARK B. BAILUS, DISTRICT JUDGE,
Respondents,
and
PETER S. WALKER,
Real Party in Interest.

No. 74078

FILED

NOV 15 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DENYING PETITION FOR WRIT OF MANDAMUS

This original petition for a writ of mandamus challenges a district court order denying a motion for summary judgment in a tort action. Having considered the petition and supporting documents, we are not persuaded that our extraordinary and discretionary intervention is warranted. *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 679, 818 P.2d 849, 851, 853 (1991); *see Smith v. Eighth Judicial Dist. Court*, 113 Nev. 1343, 1344-45, 950 P.2d 280, 281 (1997) (observing that this court generally will not consider writ petitions challenging orders denying

summary judgment motions). As petitioner has an adequate legal remedy available in the form of an appeal from the final judgment, *see Pan*, 120 Nev. at 224, 88 P.3d at 841, we

ORDER the petition DENIED.

_Douglas_ , J.
Douglas

_Gibbons_ , J.
Gibbons

_Pickering_ , J.
Pickering

cc: Hon. Mark B. Bailus, District Judge
Kravitz, Schnitzer & Johnson, Chtd.
Gazda & Tadayon
Eighth District Court Clerk